# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARA ULRICH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANCASTER GENERAL HEALTH d/b/a PENN MEDICINE LANCASTER GENERAL HEALTH | : : : | NO. 22-4945 |

## O R D E R

AND NOW, this 13th day of April, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(6), docketed in this matter as ECF No. 12, and Plaintiff's response thereto, it is hereby ORDERED that the Motion is GRANTED;

Counts I and II of Ulrich's Complaint are DISMISSED WITH PREJUDICE. The Clerk's Office may mark this matter as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE